# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 4, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

157515

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 157515
                                 COA: 342036

WILLIAM ONEAL WATTERS,             Wayne CC: 13-000735-FC
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 23, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 4, 2018



d1126

                                 Clerk